1138

Kenneth D. MEEK, an incompetent person, by his guardian, Karen CONTE

v.

CHRYSLER CORPORATION and the Estate of Roger Griffith.

Appeal of Chrysler Corporation.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Aug. 16, 1999.

Kenneth S. Mroz, Pittsburgh, for Chrysler Corp.

Paul Tershel, Washington, for Meek.

Thomas Lonich, Washington, for Griffith Estate.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of August, 1999, the appeal is dismissed as having been improvidently granted.